UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENNETH MCDAVID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-cv-001086-TWP-TAB |
| ) | |
| BUTCH BAKER, HENRY COUNTY ) | |
| SHERIFF, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Denying Motion to Proceed *In Forma Pauperis* and
Directing Further Proceedings**

**I.**

The plaintiff is an Indiana prisoner currently confined at the Putnamville Correctional Facility. He brings this civil rights complaint pursuant to 42 U.S.C. § 1983, against the following defendants: 1) Butch Baker, Henry County Sheriff; 2) Jail Commander Brent; and 3) other Unknown Officers.[1]

The plaintiff's motion to proceed *in forma pauperis* [dkt. 2] is **denied without prejudice** because he failed to submit a certified copy of his trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of his complaint on July 10, 2015, as required by 28 U.S.C. § 1915(a)(2). He shall have **through August 14, 2015,** in which to either pay the $400.00 filing fee or renew his request for *in forma pauperis* status with the required information.

---

[1] The clerk shall **update the docket** to reflect these defendants.

## II.

The plaintiff alleges in his complaint that he has already brought the same claims he asserts here in the Henry County Circuit Court. The plaintiff shall have **through August 14, 2015,** in which to identify the parties of that action and the reason that it was dismissed, and to **show cause** why this action should not be dismissed as barred by the doctrine of *res judicata*. "Under *res judicata*, a final judgment on the merits bars further claims by parties or their privies based on the same cause of action." *Cannon v. Burge,* 752 F.3d 1079, 1101 (7th Cir. 2014) (internal quotation omitted). If he can obtain copies of a case chronological summary from the court or a copy of the complaint in that action, he shall also submit those.

**IT IS SO ORDERED.**

Date: 7/15/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kenneth McDavid, #943202
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.